JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ AND OSCAR RODRIGUEZ,<br><br>         Plaintiff,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, a national banking corporation; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, a Texas Corporation, Does 1-50, inclusive,<br><br>         Defendants. | Case No. EDCV 09-187-VAP (RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against CHASE HOME FINANCE, LLC is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 9, 2009

                                                      */s/ Virginia A. Phillips*
                                                 VIRGINIA A. PHILLIPS
                                                 United States District Judge